# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7352 | **DATE** | 9/17/2010 |
| **CASE TITLE** | Sato & Co., LLC vs. S & M Produce, Inc. | | |

**DOCKET ENTRY TEXT**

In its August 16, 2010 memorandum opinion and order [221], the Court directed each of the claimants in this action to submit by September 1 a short document with its calculation of the interest due in connection with the proposed entry of judgment against the corporate Defendant, S&M Produce, Inc. S&M was given until September 7 to lodge any objections to the claimants' proposed interest calculations. All but one claimant timely submitted the requested documentation, and no objections have been raised. Accordingly, the Court will incorporate into the preliminary claim chart the claimants' interest calculations and enter judgment in favor of each claimant and against Defendant S&M Produce, Inc. in the amounts listed in the "Total Claim Allowed" column of the final claim chart appended to this order. This order disposes of all claims of all parties to this litigation against Defendant S&M Produce, Inc. and thus is a final judgment as to the claims against that Defendant. Because the Court further finds that there is no just reason to delay enforcement or appeal of this order, the Court enters judgment under Federal Rule of Civil Procedure 54(b). The Court also notes the filing of a stipulation for dismissal [224] by Intervening Plaintiffs Coosemans Chicago, Inc., JAB Produce, Inc., and Jack Tuchten Wholesale Produce, Inc. on the one hand and Defendant Donald J. Mided on the other hand. In view of that stipulation of dismissal, all claims by those three Intervening Plaintiffs against Defendant Mided are dismissed with prejudice. All other claims against both individual Defendants, Donald Mided and Lance Mided, remain pending. The claims against Defendant Lance Mided are stayed in view of his bankruptcy filing [see 222]. This matter is set for further status on 10/15/2010 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | tbk |
|---|---|---|

## Sato & Co., LLC vs. S & M Produce, Inc.
## Case No. 08-cv-7352
## Total Allowable Claims

| Claimant | Principal Amt. of Debt | Contract Interest | Statutory Interest | Atty. Fees and Costs Allowed | USDA Filing Fee per Federal Law | Disallowed Portion of Principal | Total Claim Allowed |
|---|---|---|---|---|---|---|---|
| Pride of San Juan, Inc. | 59,014.13 | --- | 5,530.87 | --- | --- | --- | **$6,4545.00** |
| Classic Salads, LLC | 37,354 | 15,673.58 | --- | 6,386.69 | --- | 10,053.24 | **$49,361.03** |
| Dayoub Marketing, Inc. | 17,864.66 | 9,813.28 | --- | 3,054.46 | --- | 3,875 | **$26,857.40** |
| Fru-Veg Marketing, Inc. | 12,007.80 | --- | 138.04 | --- | $500 | --- | **$12,645.84** |
| Lakeside Produce, Inc. | 15,753 | --- | 1,740.18 | --- | $100 | --- | **$17,593.18** |
| Natural Forest, Inc. | 9,440.30 | 3,576.65 | --- | 1,614.08 | --- | 1,725 | **$12,906.03** |
| Ruby Robinson Co., Inc. | 1,844 | 649.30 | --- | 315.28 | --- | 500 | **$2,308.58** |
| The Kinoko Company | 6,529 | 2,378.94 | --- | 1,116.31 | --- | 1,175 | **$8,849.25** |
| The Mandolini Company, Inc. | 883.50 | 306.30 | --- | 151.06 | --- | 200 | **$1,140.86** |
| Seashore West, Inc. | 4,262.25 | --- | 550.85 | 728.75 | --- | 500 | **$5,041.85** |
| Sato & Co., LLC | 59, 915.75 | --- | 5,799.49 | 8,716.86 | --- | --- | **$74,432.10** |
| The Garlic Company | 23,292.50 | 7,623.49 | --- | 3,388.23 | --- | --- | **$34,304.22** |
| Champ Produce, Inc. | 61,773.05 | --- | 5,900.94 | --- | --- | 1,576.83 | **$66,097.16** |
| Royal Rose, LLC | 26,024.80 | 8,905.56 | --- | 3,786.26 | --- | --- | **$38,716.62** |
| World Wide Produce | 4,167.50 | 2,509.43 | --- | --- | --- | 3,030 | **$3,646.93** |
| Natural Selection Foods, LLC | 8,041.85 | --- | 1,039.04 | --- | --- | 1,600 | **$7,480.89** |

| Creditor | | | | | | | |
|---|---|---|---|---|---|---|---|
| California Specialty Produce, Inc. | 10,019 | --- | 847.64 | --- | --- | 2,000 | **$8,866.64** |
| California Citrus Specialties, Inc. | 24,598 | --- | 2,111.14 | --- | --- | --- | **$26,709.14** |
| Northern Pine, Inc. | 29,351 | 9,450.27 | --- | --- | --- | --- | **$38,801.27** |
| Van Solkema Produce, Inc. | 3,264 | 1,262.08 | --- | --- | --- | 1,109.27 | **$3,416.81** |
| Alamax, Inc. d/b/a Nature's Best Garden | 1,621.64 | --- | 138.54 | --- | --- | 550.57 | **$1,209.61** |
| Dietz & Kolodenko Co. | 657.50 | 194.47 | --- | --- | --- | 224.28 | **$627.69** |
| Alpine Foragers Exchange, Inc. | 15,101.75 | --- | 1,478.35 | --- | --- | --- | **$16,580.10** |
| JAB Produce, Inc. | 2,253.50 | 107.20 | --- | 305.18 | --- | --- | **$2,665.88** |
| Jack Tuchten Wholesale Produce, Inc. | 1,203 | 56.06 | --- | 162.90 | --- | 474.50 | **$947.46** |
| Fresh King Inc. | 13,599 | 4,229.93 | --- | --- | --- | 2,700 | **$15,128.93** |
| Coosemans Chicago, Inc. | 4,186.75 | 154.79 | --- | 746.92 | --- | --- | **$5,088.46** |
| Pearson Food Corp. | 17,012.45 | --- | --- | --- | --- | 9,164.50 | **$7,847.95** |